IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRICKLAYERS AND ALLIED CRAFTSMEN
LOCAL UNION OF THE SOUTHERN OHIO
ADMINISTRATIVE DISTRICT COUNCIL,  :
:
      Plaintiff(s),  :
: Case Number: 1:05cv484
vs.  :
: District Judge Susan J. Dlott
WAYNE MASONRY, INC.,  :
:
      Defendant(s).  :

## ORDER

The above styled case is before the Court on the remaining Defendant, Wayne Masonry, Notice of Bankruptcy (Doc. 10) filed in the United States Bankruptcy Court for the Southern District of Ohio Western Division.

This case is ORDERED ADMINISTRATIVELY TERMINATED.  The parties are granted leave to move to reinstate the case on the Court's active docket at such time in the future as the parties deem appropriate.

IT IS SO ORDERED.

                                              ___s/Susan J. Dlott_____
                                              Susan J. Dlott
                                              United States District Judge